UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO.: 3:19-cv-186-GCM

| | |
|---|---|
| SPENCER SPIRIT HOLDINGS, INC., | ) |
|     Plaintiff, | ) |
| vs. | ) |
| | ) |
| SUNRISE ROOFING, INC., | ) |
| S.A. ALSAN & ASSOCIATES, INC., | ) |
| D/B/A THE ALSAN GROUP, | ) |
| JONES LANG LaSALLE | ) |
| AMERICAS, INC., and | ) |
| ASSET MANAGEMENT | ) |
| CONSULTANTS, LLC, | ) |
|     Defendants, | ) |
| and | ) |
| S.A. ALSAN & ASSOCIATES, INC., | ) |
| D/B/A THE ALSAN GROUP | ) |
| v. STAG GI CHARLOTTE | ) |

### ORDER ON JOINT MOTION TO VACATE THE COURT'S
### JUNE 11, 2019 PRETRIAL ORDER AND CASE MANAGEMENT PLAN

This matter having come before the Court on a Joint Motion to Vacate the Court's June 11, 2019 Pretrial Order and Case Management Plan filed jointly by Plaintiff and Defendants, and the Court in all respects being duly and sufficiently advised;

**IT IS HEREBY ORDERED** that the joint Motion to Vacate the Court's June 11, 2019 Pretrial Order and Case Management Plan is hereby **GRANTED**. The Court's June 11, 2019 Scheduling Order is hereby vacated and the parties are permitted to submit a Revised Scheduling Order after defendants, Jones Lang LaSalle Americas, Inc. and Asset Management Consultants, LLC file their appearances in this case.

Signed: September 17, 2019

*/s/ Graham C. Mullen*

Graham C. Mullen
United States District Judge